**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

**DAJUAN DIGGS,**

**Plaintiff,**

**v.** **Civil Action No. 3:26CV803**

**T. SUTTON,** ***et al.*****,**

**Defendants.**

**MEMORANDUM OPINION**

By Memorandum Order entered on August 21, 2026, the Court conditionally docketed Plaintiff's action. (ECF No. 2.) At that time, the Court forwarded Plaintiff an *in forma pauperis* affidavit and directed him to affirm his intention to pay the full filing fee by signing and returning the affidavit and a consent to the collection of fees form. The Court warned Plaintiff that a failure either to comply or to pay the full $350.00 filing fee, $55.00 administrative fee, and withdraw his request to proceed *in forma pauperis* within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

On September 9, 2026, Plaintiff returned the *in forma pauperis* affidavit (ECF No. 4) and consent to the collection of fees form (ECF No. 5) unsigned. By Memorandum Order entered on September 23, 2026, the Court directed the Clerk to send Plaintiff a second *in forma pauperis* affidavit and consent to the collection of fees form. The Court directed Plaintiff to "submit a **completed and signed** *in forma pauperis* affidavit and consent to collection of fees form within thirty (30) days" from the date of entry thereof. (ECF No. 7, at 1.) The Court reiterated that failure to comply or or to pay the full $350.00 filing fee, $55.00 administrative fee, and withdraw

his request to proceed *in forma pauperis* within thirty (30) days of the date of entry thereof would result in summary dismissal of the action.

Plaintiff has not complied with the Court's order to return an *in forma pauperis* affidavit and consent to the collection of fees form. As a result, he does not qualify for *in forma pauperis* status. Furthermore, he has not paid the statutory filing fee for the instant action. *See* 28 U.S.C. § 1914(a). Plaintiff's conduct demonstrates a willful failure to prosecute. *See* Fed. R. Civ. P. 41(b). Accordingly, this action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
M. Hannah Lauck
Chief United States District Judge

Date: 11/5/26
Richmond, Virginia